No. No. Good evening Furthermore. Good evening.